IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

WELDON KING                                                                    PLAINTIFFS

v.                            Case No. 2:08-cv-93-DPM

RONNIE WHITE, Individually and
in his official capacity as Sheriff of
Phillips County, and ROBERT WAHL,
Individually and in his official capacity           DEFENDANTS

ORDER

The Court is working on the Defendants' motion for summary judgment. The Court anticipates that some issues in the case can be resolved soon as a matter of law; other issues, however, need more briefing from the parties before the Court can decide whether these issues need to be tried. All of this cannot be accomplished before final preparations by the Court and the parties for the 28 September 2010 trial. The trial date is therefore continued.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 September 2010